UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NELSON J. AMADOR, ET AL                                CIVIL ACTION

VERSUS                                                 NO. 10 - 2014

DDS CONSTRUCTION, L.L.C., ET AL                        SECTION "C"(5)

## ORDER

Before the Court is a Motion for Summary Judgment filed by Defendant, Harris Builders, L.L.C. ("Harris"). (Rec. Doc. 33). Harris seeks indemnity for all liability in this matter pursuant to a contract entered into with Defendant, DDS Construction, L.L.C. ("DDS"). (Rec. Doc. 33-2 at 3). The language of the contract states explicitly that DDS will indemnify and hold harmless Harris "and will be liable to and fully compensate Harris for all damages, judgments, attorney's fees and/or costs that Harris incurs in defending this lawsuit." (Rec. Doc. 33-5 at 1). DDS and the Campbells filed a one paragraph opposition, which simply consists of an unsubstantiated assertion that summary judgment is improper. (Rec. Doc. 47). In summary judgment motions, the non-moving party cannot rely on "unsubstantiated assertions" and "conclusory allegations." *See Hopper v. Frank*, 16 F.3d 92 (5th Cir. 1994); *Lujan v. Nat'l. Wildlife Fed'n.*, 497 U.S. 871, 871-73 (1990).

Accordingly,

IT IS ORDERED that Defendant Harris Builders, L.L.C.'s Motion for Summary Judgment is hereby GRANTED. (Rec. Doc. 33).

New Orleans, Louisiana, this 19th day of July, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE