UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NELSON J. AMADOR, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10 - 2014** |
| **DDS CONSTRUCTION, L.L.C., ET AL** | **SECTION "C"(5)** |

## ORDER

Before the Court is Plaintiffs' Motion for Summary Judgment. (Rec. Doc. 35). Plaintiffs seek damages under the Louisiana Wage Payment Act for wages owed for work completed as employees of DDS Construction, L.L.C. ("DDS"), Shondrell Campbell, and Derek Campbell. (Rec. Doc. 35-2 at 1). Defendants admit in their Answer to Plaintiffs' complaint that Plaintiffs were employees of DDS and that wages are owed to Plaintiffs for completed work. (Rec. Doc. 6 at 1-2). Plaintiffs have provided evidence that DDS and Shondrell Campbell failed to pay wages due for days worked as per terms of their employment. *Id.* DDS and the Campbells filed a one paragraph opposition, which simply consists of an unsubstantiated assertion that summary judgment is improper. (Rec. Doc. 47). In summary judgment motions, the non-moving party cannot rely on "unsubstantiated assertions" and "conclusory allegations." *See Hopper v. Frank*, 16 F.3d 92 (5th Cir. 1994); *Lujan v. Nat'l. Wildlife Fed'n.*, 497 U.S. 871, 871-73 (1990).

Accordingly,

IT IS ORDERED that Plaintiffs' Motion for Summary Judgment is hereby GRANTED.

IT IS FURTHER ORDERED that the parties shall submit a proposed judgment, approved as to form, by July 25, 2011.

New Orleans, Louisiana, this 19th day of July, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE