UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NELSON AMADOR, <u>ET</u> <u>AL</u>.                                   CIVIL ACTION

VERSUS                                                              NUMBER: 10-2014

DDS CONSTRUCTION, LLC, <u>ET</u> <u>AL</u>.                        SECTION: "C"(5)

<u>O R D E R</u>

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant, Derek Campbell, to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiffs' motion is granted and that the answer filed herein as it relates to defendant, Derek Campbell, is stricken.

New Orleans, Louisiana, this <u>3rd</u> day of <u>April</u>, 2012.

_____
UNITED STATES DISTRICT JUDGE